## TERRITORY OF MICHIGAN *versus* FRANÇOIS BOUDOIN

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Rule for return to certiorari *p. 228; (2) rule for return extended *p. 336.
PAPERS IN FILE: (1) Affidavit of Robert Stuart.
*1821 Calendar*, MS p. 8.

## CONRAD TEN EYCK *versus* AUSTIN E. WING

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Motion to quash certiorari *p. 228; (2) continued *p. 257; (3) writ of certiorari and habeas corpus quashed *p. 337; (4) rule for nonsuit and for writ de retorno habendo *p. 337.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) precipe for certiorari; (4) writ of certiorari; (5) transcript of county court record.
*1821 Calendar*, MS p. 39. Recorded in *Book B*, MS pp. 165–68.